**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO DIAZ-GUTIERREZ, | No. 07-74580 |
| Petitioner, | |
| v. | Agency No. A078-968-161 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 **

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Francisco Diaz-Gutierrez, a native and citizen of Honduras, petitions pro se

for review of the Board of Immigration Appeals' ("BIA") order denying his

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion for administrative closure. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's denial of a request for administrative closure. *See Diaz-Covarrubias v. Mukasey*, 551 F.3d 1114, 1120 (9th Cir. 2009).

To the extent that Diaz-Gutierrez's motion could be construed as a motion to reopen, the BIA did not abuse its discretion in denying Diaz-Gutierrez's second motion to reopen as untimely and numerically barred where the motion was filed more than three years after the BIA's final administrative order. *See* 8 C.F.R. § 1003.2(c)(2); *Lara-Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir. 2004) (BIA denials of motions to reopen are reviewed for abuse of discretion), *amended by* 404 F.3d 1105 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**